IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION,<br><br>and<br><br>JULIUS SÄMANN LTD.,<br>Plaintiffs,<br>v.<br><br>INSIGHT EDITIONS, L.P.,<br>Defendant. | Civil Action No.:<br><br>7:13-CV-0301(DNH-ATB)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), that the complaint in this action is dismissed with prejudice, each party to bear its own costs. The parties further stipulate that no party to this action is an infant or incompetent person.

Dated: January 14, 2014

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.    COWAN, LIEBOWITZ & LATMAN, P.C.

By: s/ Robert Penchina
  Robert Penchina, Esq.
  321 West 44th Street, Suite 1000
  New York, New York 10036
  (212) 850-6109
  Email: rpenchina@lskslaw.com

Attorneys for Defendant

By:   s/ Jonathan Z. King
  Jonathan Z. King (Bar Roll 509934)
  1133 Avenue of the Americas
  New York, New York 10036
  (212) 790-9200
  Email: jzk@cll.com

  Ashley D. Hayes (Bar Roll 511333)
  HANCOCK ESTABROOK LLP
  1500 AXA Tower I
  100 Madison Street
  Syracuse, New York 13202
  Telephone: (315) 565-4526
  Email: ahayes@hancocklaw.com

  Attorneys for Plaintiffs CAR-FRESHNER
  Corporation and Julius Sämann Ltd.

IT IS SO ORDERED, this 15th day of Jan, 2014

{H2209700.1}
29887/001/1451127.1